Margery A. Hogg and Dorothy E. Brown, Appellants, v. Fannie May Candy Shops, Inc., Also Known as Illinois Fannie May Candy Company and Chicago Fannie May Candy Company, and Robert Innes, Appellees.

Gen. No. 42,762.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Cassels, Potter & Bentley, for appellants; Ralph F. Potter, L. H. Vogel and Anthony S. Ras, of counsel; Otto M. Hamer, for appellees; Chester D. Kern, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.